CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 18 2005

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CALVIN LOUIS MOSBY,       ) | |
|    Plaintiff,       ) | Civil Action No. 7:05-CV-00425 |
|                                     ) | |
| v.                                  ) | **FINAL ORDER** |
|                                     ) | |
| LYNCHBURG ADULT DETENTION  ) | By: Hon. Glen E. Conrad |
| CENTER, ET AL.,                     ) | United States District Judge |
|    Defendants.       ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that petitioner's motion to proceed in forma pauperis shall be and hereby is **GRANTED**; this action shall be and hereby is **FILED** and **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim; and this action is hereby stricken from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order to the plaintiff and to counsel for the defendants, if known..

ENTER: This \_\_18th\_\_ day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE